# EXHIBIT A

Dallas Buyers Club - Awards - IMDb

Ready to **Find Better?**

Search Jobs >>   Interest Based Ad

▸ **Manufacturing Mec...**
Positions – Skill...
**Jern...** | Chicago, I

▸ **Fleet Manager**
Title: Fleet Mana...
**Cust...** | Northlake,

▸ **Energy Audit Prog...**
CBRE Group, Inc. ...
**CBRE...** | Chicago, I

IMDb    All

Movies, TV & Showtimes    Celebs, Events & Photos    News & Community    Watchlist

**PRO** | IMDb Apps | Help

Login



**Dallas Buyers Club** (2013)
# Awards

Edit

Ready to **Find Better?**

▸ **Client Development Executive**
The focus of the Client Developme...
**Developme...** | Chicago, IL

▸ **Software Solutions Sales Mana...**
Bosch Software Innovations, the B...
**Robert Bo...** | Chicago, IL,

▸ **Manager Benefits**
About CME Group: As the world's l...
**CME Group** | Chicago, IL

Interest based ad

Search Jobs >>    Find Better?
ad feedback

Showing all 51 wins and 29 nominations

**Dallas Buyers Club**

**Opinion**
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:

Like 50,176 people like this. Sign Up to see what your friends like.

## Academy Awards, USA 2014

| | | |
|---|---|---|
| **Won**<br>Oscar | Best Performance by an Actor in a Leading Role<br>Matthew McConaughey | |
| | Best Performance by an Actor in a Supporting Role<br>Jared Leto | |
| **Nominated**<br>Oscar | Best Achievement in Makeup and Hairstyling<br>Adruitha Lee<br>Robin Mathews | |
| | Best Motion Picture of the Year<br>Robbie Brenner<br>Rachel Winter | |
| | Best Achievement in Film Editing<br>Jean-Marc Vallée<br>Martin Pensa | |
| | Best Writing, Original Screenplay<br>Craig Borten<br>Melisa Wallack | |

## Golden Globes, USA 2014

| | |
|---|---|
| **Won**<br>Golden Globe | Best Performance by an Actor in a Motion Picture - Drama<br>Matthew McConaughey |
| | Best Performance by an Actor in a Supporting Role in a Motion Picture<br>Jared Leto |

**User Lists**    Create a list »

Related lists from IMDb users



**Not Seen**
a list of 35 titles
created 08 Jan 2013

**The best movies of 2013**
a list of 22 titles
created 6 months ago

**2014 list**
a list of 23 titles
created 3 months ago

## Screen Actors Guild Awards 2014

| | |
|---|---|
| **Won**<br>Actor | Outstanding Performance by a Male Actor in a Leading Role<br>Matthew McConaughey |
| | Outstanding Performance by a Male Actor in a Supporting Role<br>Jared Leto |
| **Nominated**<br>Actor | Outstanding Performance by a Cast in a Motion Picture<br>Jennifer Garner<br>Matthew McConaughey<br>Jared Leto<br>Denis O'Hare |

Dallas Buyers Club - Awards - IMDb

Dallas Roberts
Steve Zahn

## Austin Film Critics Association 2013

**Won**
Austin Film Critics Award

Best Supporting Actor
Jared Leto

**Nominated**
Austin Film Critics Award

Best Film

## Australian Film Institute 2014

Best Actor
Matthew McConaughey

**Nominated**
AACTA International Award

Best Supporting Actor
Jared Leto

## Boston Society of Film Critics Awards 2013

**Nominated**
BSFC Award

Best Supporting Actor
Jared Leto
(Ex aequo)

## Broadcast Film Critics Association Awards 2014

Best Actor
Matthew McConaughey

**Won**
Critics Choice Award

Best Supporting Actor
Jared Leto

**Nominated**
Critics Choice Award

Best Picture

## Central Ohio Film Critics Association 2014

**Won**
COFCA Award

Actor of the Year
Matthew McConaughey
For Mud and The Wolf of Wall Street

Best Actor
Matthew McConaughey

**2nd place**
COFCA Award

Best Supporting Actor
Jared Leto

## Chicago Film Critics Association Awards 2013

**Won**
CFCA Award

Best Supporting Actor
Jared Leto

**Nominated**
CFCA Award

Best Actor
Matthew McConaughey

## Chlotrudis Awards 2014

**Won**
Chlotrudis Award

Best Supporting Actor
Jared Leto

## Costume Designers Guild Awards 2014

**Nominated**
CDG Award

Excellence in Period Film
Kurt and Bart

## Dallas-Fort Worth Film Critics Association Awards 2013




**Seen in 2014 so far...**
a list of 24 titles
created 3 months ago

**2014**
a list of 26 titles
created 3 months ago

See all related lists »

**Won**
DFWFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
DFWFCA Award

Best Picture

## Florida Film Critics Circle Awards 2013

**Won**
FFCC Award

Best Supporting Actor
Jared Leto

## Golden Camera, Germany 2014

**Won**
Golden Camera

Best International Actor
Matthew McConaughey

## Gotham Awards 2013

**Won**
Best Actor

Matthew McConaughey

## Hollywood Film Festival 2013

**Won**
Hollywood Breakthrough Award

Breakthrough Actor
Jared Leto

**Won**
Hollywood Film Award

Actor of the Year
Matthew McConaughey

## Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

**Won**
Artisan

Best Period and/or Character Makeup - Feature Films
Robin Mathews

## Image Awards 2014

**Nominated**
Image Award

Outstanding Independent Motion Picture

## Independent Spirit Awards 2014

**Won**
Independent Spirit Award

Best Male Lead
Matthew McConaughey

Best Supporting Male
Jared Leto

## Irish Film and Television Awards 2014

**Nominated**
IFTA Award

Best International Actor
Matthew McConaughey

## Las Vegas Film Critics Society Awards 2013

**Won**
Sierra Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**2nd place**
Sierra Award

Best Picture

## London Critics Circle Film Awards 2014

Dallas Buyers Club - Awards - IMDb

**Nominated**
ALFS Award

Supporting Actor of the Year
Jared Leto

## Los Angeles Film Critics Association Awards 2013

**Won**
LAFCA Award

Best Supporting Actor
Jared Leto
Tied with James Franco for Spring Breakers (2012).

## MTV Movie Awards 2014

**Won**
MTV Movie Award

Best On-Screen Transformation
Jared Leto
Jared Leto's performance as an HIV positive transgender woman living in
1980s Texas is just as ... More

Best Male Performance
Matthew McConaughey

Best On-Screen Duo
Matthew McConaughey
Jared Leto

**Nominated**
MTV Movie Award

Best On-Screen Transformation
Matthew McConaughey
Despite losing a whopping 50 pounds to play a rodeo cowboy diagnosed
with AIDS and given 30 days to... More

## National Board of Review, USA 2013

**Won**
NBR Award

Top Ten Independent Films

## National Society of Film Critics Awards, USA 2014

**2nd place**
NSFC Award

Best Supporting Actor
Jared Leto

## New York Film Critics Circle Awards 2013

**Won**
NYFCC Award

Best Supporting Actor
Jared Leto

## Online Film Critics Society Awards 2014

**Nominated**
OFCS Award

Best Supporting Actor
Jared Leto

## PGA Awards 2014

**Nominated**
PGA Award

Outstanding Producer of Theatrical Motion Pictures
Robbie Brenner
Rachel Winter

## Palm Springs International Film Festival 2014

**Won**
Desert Palm Achievement Award

Matthew McConaughey

## Phoenix Film Critics Society Awards 2013

**Won**
PFCS Award

Best Actor in a Leading Role
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

**Nominated**
PFCS Award

Best Picture

### Rome Film Fest 2013

**Won**
Associazione Italiana Autori della
Fotografia Cinematografica (AIC)
Award

Yves Bélanger

**Won**
Audience Award

Jean-Marc Vallée

**Won**
Best Actor

Matthew McConaughey

**Won**
Golden Butterfly

Jean-Marc Vallée

**Nominated**
Golden Marc'Aurelio Award

Jean-Marc Vallée

### San Diego Film Critics Society Awards 2013

**Won**
SDFCS Award

Best Supporting Actor
Jared Leto

**Nominated**
SDFCS Award

Best Actor
Matthew McConaughey

### San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### San Sebastián International Film Festival 2013

**Won**
Sebastiane Award

Jean-Marc Vallée

### Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award

Jared Leto

### Satellite Awards 2013

**Won**
Satellite Award

Best Actor in a Motion Picture
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

### Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award

Best Supporting Actor
Jared Leto

**2nd place**
SEFCA Award

Best Actor
Matthew McConaughey

**Nominated**
SEFCA Award

Best Picture

### Toronto Film Critics Association Awards 2014

| **Won** TFCA Award | Best Supporting Actor Jared Leto |

| **3rd place** TFCA Award | Best Actor Matthew McConaughey |

### Vancouver Film Critics Circle 2014

| **Won** VFCC Award | Best Supporting Actor Jared Leto |

| **Nominated** VFCC Award | Best Actor Matthew McConaughey |

### Washington DC Area Film Critics Association Awards 2013

| **Won** WAFCA Award | Best Supporting Actor Jared Leto |

| **Nominated** WAFCA Award | Best Actor Matthew McConaughey |

### Writers Guild of America, USA 2014

| **Nominated** WGA Award (Screen) | Best Original Screenplay Craig Borten(written by) Melisa Wallack(written by) |

## See also

FAQ|User Reviews|User Ratings|External Reviews|Metacritic Reviews |Message Board

## Contribute to This Page                    Getting Started|Contributor Zone »

Edit page



MYHABIT
UP TO 60% OFF
TOP BRANDS                                                          JOIN NOW ›

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An                              company.

Amazon Affiliates

http://www.imdb.com/title/tt0790636/awards?ref_=tt_awd                    4/22/2014

Dallas Buyers Club - Awards - IMDb

| Amazon Instant Video Watch Movies & TV Online | Prime Instant Video Unlimited Streaming of Movies & TV | Amazon Germany Buy Movies on DVD & Blu-ray | Amazon Italy Buy Movies on DVD & Blu-ray | Amazon France Buy Movies on DVD & Blu-ray | Amazon India Buy Movie and TV Show DVDs | DPReview Digital Photography | Audible Download Audio Books |
|---|---|---|---|---|---|---|---|

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-873-195**

Effective date of registration:

November 13, 2013

## Title
Title of Work: Dallas Buyers Club

## Completion/Publication
Year of Completion: 2013

Date of 1st Publication: November 1, 2013    Nation of 1st Publication: United States

Preregistration: PRE000006719

## Author
■    Author: Dallas Buyers Club, LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant
Copyright Claimant: Dallas Buyers Club, LLC

2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
Material excluded from this claim: script/screenplay, preexisting music

Previous registration and year: TXu 1-835-443    2012

New material included in claim: all other cinematographic material

## Certification
Name: Carly Seabrook

Date: November 1, 2013

Registration #: PA0001873195
Service Request #: 1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|----|-----|------------------------|-----------|-----------|-----|--------|------|
| 1 | 71.193.106.199 | 4/6/14 11:43:58 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Chicago |
| 2 | 67.167.207.95 | 4/6/14 10:09:29 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Chicago |
| 3 | 76.29.57.197 | 4/6/14 05:56:58 AM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Palatine |
| 4 | 73.51.98.124 | 4/6/14 01:47:52 AM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Glen Ellyn |
| 5 | 67.167.236.117 | 4/5/14 11:32:48 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Northbrook |
| 6 | 67.165.184.113 | 4/5/14 03:10:10 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Elmwood Park |
| 7 | 50.178.139.18 | 4/5/14 03:49:10 AM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | River Grove |
| 8 | 67.162.72.71 | 4/4/14 04:15:03 AM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Hoffman Estates |
| 9 | 73.50.51.135 | 4/3/14 05:44:47 AM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Mount Prospect |
| 10 | 98.253.166.208 | 4/1/14 02:41:14 AM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Villa Park |
| 11 | 71.57.127.20 | 3/30/14 09:16:06 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Lisle |
| 12 | 73.50.108.233 | 3/27/14 05:52:01 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Chicago |
| 13 | 24.15.159.217 | 3/26/14 06:51:28 AM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Joliet |
| 14 | 73.50.248.111 | 3/24/14 07:23:23 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Oswego |
| 15 | 98.253.18.183 | 3/24/14 05:53:31 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Dekalb |
| 16 | 98.220.86.88 | 3/23/14 08:10:48 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Chicago |
| 17 | 24.14.93.231 | 3/23/14 03:41:24 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Oak Park |
| 18 | 24.12.96.53 | 3/23/14 01:31:00 AM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Chicago |
| 19 | 24.13.247.4 | 3/21/14 09:45:47 PM | Dallas Buyers Club DVDrip 2014.mp4 | SHA1: 9738F432656144958D773CDA0EA8EDFCEF963E81 | Comcast Cable | Illinois | Lincolnwood |